No. 10–6316.   IN RE BERRYHILL.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 959] denied.

No. 10–6386.   IN RE WATTS.   Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 959] denied.

No. 10–6576.   WHITE *v.* GREEN ET AL.   C. A. 3d Cir.;

No. 10–6652.   HAYDEN ET UX. *v.* D'AMICO ET AL.   Super. Ct. N. J., App. Div.;

No. 10–6837.   MADDEN *v.* UNITED STATES ET AL.   C. A. D. C. Cir.;

No. 10–6870.   KELLNER *v.* CALIFORNIA.   Ct. App. Cal., 6th App. Dist.; and

No. 10–7240.   BILLIAN *v.* UNITED STATES.   C. A. 7th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 20, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–7114.   REDZIC *v.* UNITED STATES.   C. A. 8th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 20, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–6450.   IN RE WILKINSON;

No. 10–7290.   IN RE CAGE; and

No. 10–7313.   IN RE WRIGHT.   Petitions for writs of habeas corpus denied.

No. 10–7189.   IN RE MARTINEZ-HERRERA.   Petition for writ of mandamus denied.

No. 10–245.   IN RE TRAVELERS INDEMNITY CO. ET AL.   Petition for writ of mandamus denied.   JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.